Dismissed and Memorandum Opinion filed January 15, 2004









Dismissed and Memorandum Opinion filed January 15,
2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-01364-CV

____________

 

REHAB PARTNERS II, INC. and ACTIVE
PHYSICAL THERAPY, LIMITED PARTNERSHIP, Appellants

 

V.

 

KATHLEEN GREENE, Appellee

 



 

On Appeal from the 165th
District Court

Harris County, Texas

Trial Court Cause No.  02-12762

 



 

M E M O R A N D U M  
O P I N I O N

This is an appeal from a judgment signed November 22, 2002.

On January 7, 2004, appellants filed a motion to dismiss the
appeal because the case has been settled. 
See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed January 15, 2004.

Panel consists of Justices Frost,
Hudson, and Fowler.